[No. 10,322.]

## THE PEOPLE v. GRIFFIN.

EVIDENCE OF DECLARATIONS.—On the trial of an indictment for a criminal offense, the declarations of a person made when the defendant is not present are not admissible in evidence against him.

APPEAL from the County Court, County of Calaveras.

The defendant was indicted for forging the names of Smith and Harris, School Trustees of the West Point District, County of Calaveras, to an order on the Superintendent of Schools for the payment of money on account of teaching. Smith, one of the Trustees, was called as a witness by the prosecution, and

testified that he did not sign his name to the order. He then stated that one Walker first showed him the order, and proceeded, notwithstanding the objection of the defendant, to detail what Walker said about it. The defendant was not present at the conversation. The defendant was convicted, and appealed. The other facts are stated in the opinion.

*Creed Haymond*, for the Appellant.

*Jo Hamilton*, Attorney-General, for the People, confessed error.

By the COURT:

It was error to permit the witness Smith to testify to the prior conversation between himself and Walker. The conversation was not had in presence or hearing of the defendant. It was merely hearsay evidence, and very clearly inadmissible.

For this error the judgment must be reversed. It is unnecessary to notice other palpable errors committed at the trial.

Judgment and order reversed, and cause remanded for a new trial.